# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-527
LT Case No. 2021-30846-FMCI

_____

THOMAS Y. KANI,

    Appellant,

    v.

RAYAUNA FEASTER,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Stasia Warren, Judge.

Christopher V. Butler, of Butler Legal, P.A., Sanford, for
Appellant.

No Appearance for Appellee.

October 6, 2023


PER CURIAM.

    Thomas Y. Kani appeals the trial court's final judgment of
paternity rendered after trial.  He raises two grounds for reversal.
Kani asserts that under *Perlow v. Berg-Perlow*, 875 So. 2d 383 (Fla.
2004), and its progeny, the trial court erred in adopting, verbatim,
Appellee's proposed final judgment.  The record, however, reflects
that the final judgment entered by the trial court included its own
changes, additions, and deletions to Appellee's proposed final

judgment and was entered some ten days after Kani had received the proposed judgment and thus had the ability to notify the trial court of any objections. Accordingly, we affirm on this issue.[1]

On Kani's remaining ground for relief, we affirm on the authority of *Hester v. Hester*, 705 So. 2d 721, 721 (Fla. 5th DCA 1998) ("In the absence of a record of the final hearing on November 20, 1996, there is no basis to reverse the appealed judgment on evidentiary grounds. The child support guidelines worksheet attached to the judgment has sufficient information to allow review of the guidelines calculation, and we find no error.").

AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

---

[1] Kani had also submitted to the trial court his own proposed final judgment for consideration.